## (August 23, 1974)

■ In the Matter of J. ALBERT BARSAMIAN, Appellant, v. THOMAS M. MONAHAN et al., Constituting the Board of Elections of the County of Rensselaer, et al., Respondents. (Proceeding No. 1.) In the Matter of RICHARD W. HAHN, Respondent, v. J. ALBERT BARSAMIAN, Appellant, and THOMAS M. MONAHAN et al., Constituting the Board of Elections of the County of Rensselaer, Respondents. (Proceeding No. 2.) — Judgment, Supreme Court, Rensselaer County, entered on August 6, 1974, affirmed, without costs. No opinion. Herlihy, P. J., Sweeney, Kane and Main, JJ., concur.

## FOURTH DEPARTMENT, AUGUST, 1974

## (August 23, 1974)

■ In the Matter of ARTHUR O. EVE, Appellant, v. EDWARD K. MAHONEY et al., Constituting the Board of Elections of the County of Erie, et al., Respondents.— Order unanimously affirmed, without costs. Memorandum: The Justice at Special Term who saw and heard the witnesses was in the best position to judge their credibility. We agree with his finding that there was no evidence of fraud or intentional wrongdoing on the part of respondent Hill. "We are required (Election Law, § 330) to construe liberally the Election Law to the end that the voters be afforded the fullest opportunity to exercise their franchise" (*Matter of Jones* v. *Gallo,* 37 A D 2d 793, 794). Bearing this principle in mind, and recognizing the broad powers granted to the Supreme Court to make such orders as fairness and justice require in election cases (*Matter of Rosen* v. *McNab,* 25 N Y 2d 798, 799), we concur in Special Term's denial of the petition and also in the memorandum at Special Term, Stiller, J. (Appeal from order of Erie Special Term in proceeding to invalidate nominating petitions.) Present — Marsh, P. J., Witmer, Moule, Mahoney and Goldman, JJ.